FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Quentin Holman Waller Defendant. | Case No.: CR 04-1229 JFW<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of Cal for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on See PSA report

______________________________________________

______________________________________________

______________________________________________

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: See PSA report

______________________________________________

______________________________________________

______________________________________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5-16-14

[signature]

UNITES STATES MAGISTRATE JUDGE